IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v. 2:26-CR-078-Z-BR-(1)

JESUS TORRES-RIVAS

Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

On September 25, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Jesus Torres-Rivas filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Jesus Torres-Rivas was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Jesus Torres-Rivas; and ADJUDGES Defendant Jesus Torres-Rivas guilty of Count One in violation of 8 U.S.C. §§ 1326(a), 1326(b)(1), and 6 U.S.C. §§ 202(3), 202(404), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**.

October 13, 2026.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE